UNITED STATES DISTRICT COURT

Northern District of California

THOMAS VER,                                    No. C 12-01365 MEJ

            Plaintiff,              **ORDER VACATING CMC**

    v.

ALFREDO HURTADO, et al.,

           Defendants.

_____/

     This case is scheduled for a Case Management Conference on June 28, 2012. As there is no indication that Defendants have been served, the Court hereby VACATES the June 28 conference and ORDERS Plaintiff to file a status report by July 5, 2012.

     **IT IS SO ORDERED.**

Dated: June 26, 2012

                                  _____
                                  Maria-Elena James
                                  Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California