UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| THOMAS VER,<br><br>              Plaintiff,<br>  v.<br>ALFREDO HURTADO, et al.,<br><br>              Defendants.<br>_____/ | No. C 12-01365 MEJ<br><br>**ORDER VACATING CMC** |

This case is scheduled for a Case Management Conference on June 28, 2012. As there is no indication that Defendants have been served, the Court hereby VACATES the June 28 conference and ORDERS Plaintiff to file a status report by July 5, 2012.

**IT IS SO ORDERED.**

Dated: June 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge