UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| THOMAS VER, | No. C 12-1365 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ALFREDO HURTADO, et al., | |
| Defendants. | |
| _____/ | |

On June 26, 2012, the Court vacated the case management conference in this matter and ordered Plaintiff to file a status report by July 5. Plaintiff has failed to respond. Accordingly, the Court hereby ORDERS Plaintiff Thomas Ver to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 23, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on September 6, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge