UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALFREDO HURTADO, et al.,<br><br>　　　　　Defendants. | Case No.  12-cv-01365-JST<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-2, a case management conference will be held in this action on June 5, 2013 at 2:00 P.M. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Each party shall appear personally or by counsel having authority to enter into stipulations and make admissions pursuant to this Order.  Any request to reschedule the date of the conference shall be made in writing, and if possible, by stipulation, no later than seven days before the date of the conference and must be based upon good cause.

Counsel shall meet and confer as required by Federal Rule of Civil Procedure 26(f) prior to the conference with respect to those subjects set forth in the Federal Rules of Civil Procedure and the standing orders of this Court.  The parties shall file a joint case management statement no later than five court days before the case management conference.  The statement shall address the topics contained in the Standing Order for All Judges of the Northern District of California:

//

//

1  Contents of Joint Case Management Statement and otherwise comply with the standing orders of
2  this Court, which are all available at cand.uscourts.gov/jstorders.

Dated: March 25, 2013

_____
Jon S. Tigar
United States District Judge