1  Brian L. Larsen, Esq. (SB# 158252)
   LAW OFFICES OF BRIAN L. LARSEN
2  530 Jackson Street, Second Floor
   San Francisco, CA 94133
3  (415) 398-5000
4
   Attorneys for Plaintiff THOMAS VER
5

6  MELINDA HAAG (CABN 132612)
   United States Attorney
7  ALEX G. TSE (CABN 152348)
8  Chief, Civil Division
   VICTORIA R. CARRADERO (CABN 217885)
9  Assistant United States Attorney

10     450 Golden Gate Avenue, Box 36055
11     San Francisco, California 94102-3495
       Telephone: (415) 436-7181
12     FAX: (415) 436-6748
       Email: victoria.carradero@usdoj.gov
13

14  Attorneys for Federal Defendant United States of America

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN FRANCISCO
18

19
    THOMAS VER,                          )  Case No.: 3:12-CV-01365-JST
20                                       )
                                         )  STIPULATION AND [PROPOSED]
21           Plaintiff,                  )  ORDER OF DISMISSAL WITH
                                         )  PREJUDICE
22                                       )
    ALFREDO HURTADO, UNITED              )
23  STATES OF AMERICA, and DOES 1 to     )
    10, inclusive,                       )
24                                       )
                                         )
25           Defendants.                 )
                                         )
26                                       )
                                         )
27                                       )
                                         )
28                                       )

---

Stipulation and [Proposed] Order of Dismissal with Prejudice

Plaintiff Thomas Ver ("Plaintiff") and Defendant the United States of America ("Defendant"), by and through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate to the dismissal with prejudice from this entire action the United States of America (Thomas Ver v. Alfredo Hurtado, United States of America, DOES 1-10, United States District Court, Northern District of California, Case No. 12-1365 JST) and any and all claims that were brought or could have been brought against the government pertaining to any of the issues raised in the action. Each side will bear its own attorneys' fees, expenses and costs.

SO STIPULATED

Respectfully submitted,

Dated: April 12, 2013

Brian L. Larsen
Attorney for Plaintiff

DATED: April 15, 2013

MELINDA HAAG
United States Attorney

VICTORIA R. CARRADERO
Assistant U.S. Attorney
Attorneys for the United States of America

PURSUANT TO STIPULATION IT IS SO ORDERED

The United States of America, and any and all claims that were brought or could have been brought against the government pertaining to any of the issues raised in the action, are hereby dismissed with prejudice from the above entitled action. Each side will bear its own attorneys' fees, expenses and costs.

DATED: April 15, 2013

IT IS SO ORDERED
Judge Jon S. Tigar

Stipulation and [Proposed] Order of Dismissal with Prejudice

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Victoria R. Carradero, attest that I have obtained the concurrence of Brian Larsen, Counsel for Plaintiff, in the filing of this document.

Executed on April 15, 2013, in San Francisco, California.

                                                              /s/
                                          Victoria R. Carradero