UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS VER,

        Plaintiff,

v.

ALFREDO HURTADO,

        Defendant.

Case No. 12-cv-01365-JST

**ORDER TO SHOW CAUSE**

All claims over which the Court had original jurisdiction were dismissed per the parties' stipulation on April 15, 2013. ECF No. 27. The only remaining claim arises exclusively out of state law. See ECF No. 1, Compl. ¶¶ 16-19 (asserting claim for battery against Defendant Alfredo Hurtado); ECF No. 30, Case Management Statement at 2 (stating that after the dismissal of the federal claims, "[t]his action is simply a battery action against Defendant Hurtado under California law").

By June 19, 2013, Ver must show cause, in writing, why the Court should not decline to exercise supplemental jurisdiction over the remaining battery claim under 28 U.S.C. Section 1367(c). A hearing on this matter will be held on July 18, 2013, at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: June 5, 2013

_____
JON S. TIGAR
United States District Judge